Patrick James MCNAMARA,
Plaintiff—Appellant,

v.

Commonwealth of VIRGINIA, Division
of Child Support Enforcement,
Defendant—Appellee.

No. 10–2356.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2011.

Decided: June 7, 2011.

Patrick James McNamara, Appellant Pro Se.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick James McNamara appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McNamara v. Commonwealth of Va.*, No. 3:10–cv–00782–HEH (E.D.Va. Nov. 16, 2010). We deny the motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*